IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWIN PIERCE, ARMENTO MEREDITH, CHARLES HIGHTOWER, and RONALD JONES, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> A-TOW, INC. and SUSAN PAGE PORTER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action File No. <br> 1:16-cv-00590-AT |

## ORDER

Pending before the Court is the Joint Application for Approval of Parties' Joint Stipulation of Settlement and Release. The parties have requested that the Court review and approve the parties' proposed Joint Stipulation of Settlement and Release in this case because Plaintiffs' Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* The Court has reviewed the Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the parties' dispute. Accordingly, the Parties' Joint Application is **GRANTED**, and the Settlement Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the

Settlement Agreement.

IT IS SO ORDERED, this 14th day of August, 2017

*[signature]*
Amy Totenberg
Judge, United States District Court